UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHIGAN HEALTH CLINICS, P.C.,

      Plaintiff,

v.                                        Case No. 26-cv-11557
                                           HON. MARK A. GOLDSMITH

WASIM NASIR, et al.,

      Defendants.

_____/

**ORDER FOR RESPONSE TO DEFENDANT/COUNTER PLAINTIFF DR. WILLIAM**

**NASIR'S MOTION TO REMAND (Dkt. 7)**

Defendant/Counter Plaintiff Dr. Wasim Nasir filed a motion to remand this case to the

Genesee Circuit Court, from which it was removed (Dkt. 7).  The Court intends to address that

motion before addressing any other motion, as it raises a question of jurisdiction.  The Court also

gives notice that it does not currently intend to convene a hearing on the motion.  If Third-Party

Defendant David Stockman wishes to file a response to the motion to remand, he must do so on or

before July 13, 2026.  Any reply must be filed on or before seven days from service of the response.

      **SO ORDERED.**

Dated: June 26, 2026                            s/Mark A. Goldsmith
Detroit, Michigan                            MARK A. GOLDSMITH
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 26, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager