**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

MICHIGAN HEALTH CLINICS, P.C.

      Plaintiff,

v.

WASIM NASIR, et al,

      Defendants.

Case No. 1:26-cv-11557-MAG-PTM

Hon. Mark A. Goldsmith
Magistrate Judge Patricia T. Morris

---

**REPLY TO RESPONSE TO MOTION TO REMAND**

**Introduction**

Dr. Stockman's response to the motion to remand fails to address that this Court lacks jurisdiction. Instead, it argues that a post-removal Chapter 11 filing renders the removal motion "moot." This argument lacks a basis in the law. Stockman further request that the Court rule on his motion set aside the judgment and then transfer the case to bankruptcy court. The bankruptcy and improper removals are the two tactics Stockman repeats ad nauseum to delay judgement creditors, which is now up to again in this matter. The improper removal requires remand. The bankruptcy filing cannot cure the removal defects. And, attorney fees are warranted because the removal lacked an objectively reasonable basis when filed.

## Relevant Procedural Posture

Stockman removed on May 8, 2026. Nasir moved to remand on June 9, 2026, seeking return to state court and fees under 28 U.S.C. § 1447(c). On June 26, 2026, after removal, Stockman filed a Chapter 11 petition in the Eastern District of Michigan, Case No. 26-20982-dob. Stockman has an order to show cause on July 23 why the bankruptcy case should not be dismissed for deficient filing. (**Ex. A**, Docket at ECF 38.)

## Argument

**I.      The Court must decide subject-matter jurisdiction first; the post-removal bankruptcy does not moot or cure removal defects.**

In *N.L.R.B. v. Edward Cooper Painting, Inc.*, 804 F.2d 934 (6th Cir. 1986), the court held that the court in which litigation is pending determines its own jurisdiction and whether to enforce the stay. The Court controls its own jurisdiction and whether remand is appropriate, without any impact of the alleged bankruptcy stay.

**II.     Remand is required where the removal was improper when filed.**

Stockman's response failed to address the three independent bases for remand: first, it is "well-settled that third-party defendants (i.e., those joined by defendant, rather than by plaintiff) cannot remove actions to federal court." *Life Skills Village, PLLC v. Auto-Owners Ins Co*, 16 F. Supp. 3d 872 (E.D. Mich., 2014); Second, the removal was not filed within 30 days of Dr. Stockman's receipt of the Third-Party Complaint, i.e. within 30 days of service on June 20, 2023. (28 U.S.C. § 1446(b)); and third, there is no federal question or diversity (all parties are citizens of Michigan

and there are no federal questions. 28 U.S.C. § 1447(c).) The post-removal bankruptcy filing cannot cure the removal defects or retroactively create jurisdiction.

### III.   The Court cannot both recognize the stay and rule on the Motion to Vacate.

Stockman asks the Court to deny the remand, decide his Motion to Vacate (ECF No. 5), and then to refer "this entire action" to the Bankruptcy Court under 28 U.S.C. § 157(a) and E.D. Mich. LR 83.50(a). That sequencing is backwards. The district court first resolves removal jurisdiction; if jurisdiction is lacking or if equitable remand is warranted, the case must be returned. Whether the stay applies to particular claims or parties is a question that can be addressed by the court with proper jurisdiction after remand – the Genessee County Circuit Court.

### IV.   Attorney fees and costs are appropriate.

Stockman relies on *Martin v. Franklin Capital Corp.* to argue fees should be denied if there was an "objectively reasonable basis" for removal.  On this record, there was no objectively reasonable basis. The Chapter 11 filing weeks after removal does not provide a new proper basis.

Stockman failed to address this court's finding that he is a vexatious litigant due to multiple improper removals, which now includes this one. See e.g. U.S. District Court Case No. 25-CV-11865-TLL-PTM (Remand by Judge Ludington on August 5, 2025 for lack of subject matter diversity or diversity); *Bush v. Stockman*, Case No. 25-CV-12659-GAD-PTM (E.D. Mich., 2025) (Remanded by Judge Drain on 9/30/2025 for second improper removal that lacked federal question or diversity, holding also that if Dr. Stockman "continues to improperly remove the state court

action to this Court, he will be declared a harassing and vexatious litigant subject to significant prefiling restrictions and monetary penalties.") (Ex. 5, Order, ECF No. 33, PageID.1031); and *Sensus Healthcare, Inc v. Michigan Health Clinics, PC*, No. 25-13515, 2026 WL 1283762 (E.D. Mich., May 8, 2026) (Remand by Judge Behm on 5/8/2026 of Dr. David Stockman's notice of removal from state court filed on behalf of MHC and holding that "Defendant lacked an objectively reasonable basis for the removal because Dr. Stockman impermissibly removed the matter pro se on behalf of corporation.") (Ex. 6, Order, 2026 WL 1283762 (E.D. Mich., May 8, 2026).

## V.    Conclusion

WHEREFORE, Dr. Nasir respectfully requests that the Court: (a) grant this Motion; (b) remand this action to the Genesee County Circuit Court; (c) award just costs and actual expenses, including attorney fees; and (d) grant such other and further relief as is just and proper.

Respectfully submitted,

By:  /s/ Brad A. Danek
Brad A. Danek  (P72098)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
248-971-1717; 248-971-1801 – Facsimile

Dated:  July 20, 2026            danek@bwst-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

I further certify that on June 9, 2026, I served the foregoing paper on Dr. David Stockman and Michigan Health Clinics, P.C., by email to Dstockma4@icloud.com, and by U.S. mail to 3871 Fortune Blvd, Saginaw, MI 48603.

By: /s/ Brad A. Danek
    Brad A. Danek  (P72098)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
248-971-1717; 248-971-1801 – Facsimile
danek@bwst-law.com

5

# EXHIBIT A

CASECHECKED, Subchapter_V, DebtEd, FeeDueINST, ProSe

# U.S. Bankruptcy Court
## Eastern District of Michigan (Bay City)
## Bankruptcy Petition #: 26-20982-dob

|  |  |
|---|---|
| *Date filed:* | 06/26/2026 |
| *341 meeting:* | 07/28/2026 |
| *Deadline for filing claims:* | 10/26/2026 |
| *Deadline for filing claims (govt.):* | 01/25/2027 |
| *Deadline for objecting to discharge:* | 09/28/2026 |

*Assigned to:* Judge Daniel S. Opperman.BayCity
Chapter 11
Voluntary
Asset

**Debtor In Possession**
**David Lewi-Emmanuel Stockman**
5805 McCarty Rd
Saginaw, MI 48603
SAGINAW-MI
SSN / ITIN: xxx-xx-4591
Tax ID / EIN: 38-3472092

represented by **David Lewi-Emmanuel Stockman**
PRO SE

**Trustee**
**Deborah L. Fish**
Allard & Fish P.C.
211 West Fort St.
Suite 705
Detroit, MI 48226
313-309-3171

**U.S. Trustee**
**Andrew R. Vara**

represented by **Kelley Callard (UST)**
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226
(313) 226-6773
Email: Kelley.Callard@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/26/2026 | [1](#)<br>(11 pgs; 2 docs) | Chapter 11 SubChapter V Voluntary Petition for Individuals Filing for Bankruptcy Receipt Number INSTALL, Fee Amount $0.00 Filed by David Lewi-Emmanuel Stockman Balance Sheet Due: 7/10/2026. Cash Flow Statement Due: 7/10/2026. Chapter 11 Statement of Your Current Monthly Income Form 122B Due: 7/10/2026. Credit Counseling Certificate Due: 7/10/2026. Declaration About an Individual Debtor(s) Schedules Due 7/10/2026. Income Tax Return Due: 7/10/2026. Schedules A-J due 7/10/2026. Statement of Financial Affairs due 7/10/2026. Statement of Operations Due: 7/10/2026. Summary of Assets and Liabilities due 7/10/2026. Incomplete Filings due by 7/10/2026. Chapter 11 Small Business Subchapter V Plan due by 9/24/2026. (jmk) (Entered: 06/26/2026) |

| | | |
|---|---|---|
| 06/26/2026 | 2<br>(2 pgs) | Notice of Deficient Pleading: Acceptable List of Creditors Missing, Application for Individuals to Pay the Filing Fee in Installments Missing or Non-Compliant, and Bankruptcy Petition Cover Sheet Missing or Non-Compliant. Acceptable List of Creditors due on 7/6/2026. Application for Individuals to Pay the Filing Fee in Installments Missing or Non-Compliant Due on 7/6/2026. Bankruptcy Petition Cover Sheet Missing or Non-Compliant due on 7/6/2026. (jmk) (Entered: 06/26/2026) |
| 06/26/2026 | 3 | Pro Se Filing Information Form has been submitted by PEDUP . (jmk) (Entered: 06/26/2026) |
| 06/26/2026 | 4<br>(1 pg) | Notice of Failure to Submit Statement About Your Social Security Numbers. Statement About Your Social Security Numbers Due on 7/6/2026. (jmk) (Entered: 06/26/2026) |
| 06/26/2026 | | Flags Set CASECHECKED. (jmk) (Entered: 06/26/2026) |
| 06/28/2026 | 5<br>(3 pgs) | BNC Certificate of Mailing. (RE: related document(s)2 Deficiency Notice (BK)) No. of Notices: 1. Notice Date 06/28/2026. (Admin.) (Entered: 06/29/2026) |
| 06/28/2026 | 6<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s)4 Notice of Failure to Submit Statement About Your Social Security Numbers) No. of Notices: 1. Notice Date 06/28/2026. (Admin.) (Entered: 06/29/2026) |
| 06/28/2026 | 7<br>(3 pgs) | BNC Certificate of Mailing. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor In Possession David Lewi-Emmanuel Stockman) No. of Notices: 1. Notice Date 06/28/2026. (Admin.) (Entered: 06/29/2026) |
| 06/29/2026 | | United States Trustee Notice of Appearance Filed by U.S. Trustee Andrew R. Vara. (Callard (UST), Kelley) (Entered: 06/29/2026) |
| 06/29/2026 | 8<br>(3 pgs) | Notice of Appointing of Trustee *Subchapter V Trustee* Deborah L. Fish has been appointed Filed by U.S. Trustee Andrew R. Vara. (Callard (UST), Kelley) (Entered: 06/29/2026) |
| 07/01/2026 | 9<br>(2 pgs) | Notice of Missing Documents Declaration under Penalty of Perjury for Debtor(s) without an Attorney due 7/15/2026. . (nlt) (Entered: 07/01/2026) |
| 07/03/2026 | 10<br>(3 pgs) | BNC Certificate of Mailing. (RE: related document(s)9 Notice of Missing Documents) No. of Notices: 1. Notice Date 07/03/2026. (Admin.) (Entered: 07/04/2026) |
| 07/06/2026 | 11<br>(3 pgs) | Meeting of Creditors 341(a) meeting to be held on 7/28/2026 at 09:30 AM via By Telephone - See Notice for Details. Last day to oppose discharge or dischargeability is 9/28/2026. Proofs of Claims due by 10/26/2026. Government Proof of Claim due by 1/25/2027. (MSK) (Entered: 07/06/2026) |
| 07/06/2026 | 12<br>(5 pgs) | Order For Status Conference In The Case Of A Small Business Debtor Who Has Elected To Have Subchapter V of Chapter 11 Apply. Status Conference to be held on 8/11/2026 at 10:00 AM at Courtroom, Bay City, 111 First St.. Pre-Status Conference Report Due: 7/28/2026. (Hu, Laura) (Entered: 07/06/2026) |

| 07/06/2026 | 13<br>(4 pgs) | Debtor's Motion for Extension of Time to File List of Creditors Filed by Debtor In Possession David Lewi-Emmanuel Stockman (cmcl) (Entered: 07/06/2026) |
|---|---|---|
| 07/06/2026 | 14 | Statement About Your Social Security Numbers Filed by Debtor In Possession David Lewi-Emmanuel Stockman (RE: related document(s)4 Notice of Failure to Submit Statement About Your Social Security Numbers). (cmcl) (Entered: 07/06/2026) |
| 07/06/2026 | 15<br>(1 pg) | Bankruptcy Petition Cover Sheet Filed by Debtor In Possession David Lewi-Emmanuel Stockman (RE: related document(s)2 Deficiency Notice (BK)). (cmcl) (Entered: 07/06/2026) |
| 07/06/2026 | 16<br>(2 pgs) | Application for Individuals to Pay the Filing Fee in Installments Filed by Debtor In Possession David Lewi-Emmanuel Stockman (cmcl) (Entered: 07/06/2026) |
| 07/06/2026 | 17 | Pro Se Filing Information Form has been submitted by PEDUP . (cmcl) (Entered: 07/06/2026) |
| 07/07/2026 | 18<br>(1 pg) | Order Granting Payment of Filing Fee in Installments. (Related Doc # 16) Final Installment Payment due by 10/5/2026.. (Al-H., S.) (Entered: 07/07/2026) |
| 07/07/2026 | 19<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Ameris Bank d/b/a Balboa Capital Corporation. (Rubin, Deborah) (Entered: 07/07/2026) |
| 07/07/2026 | 20<br>(2 pgs) | THIS PLEADING HAS BEEN STRICKEN PER ORDER OF THE COURT DATED 07/07/2026. Declaration under Penalty of Perjury for Debtors without an Attorney Filed by Debtor In Possession David Lewi-Emmanuel Stockman (RE: related document(s)9 Notice of Missing Documents). (Al-H., S.). MODIFIED ON 07/07/2026 (admin). (Entered: 07/07/2026) |
| 07/07/2026 | 21 | Pro Se Filing Information Form has been submitted by PEDUP . (Al-H., S.) (Entered: 07/07/2026) |
| 07/07/2026 | 22 | Order of the Court to Strike: This pleading is stricken from the record for failure to use the Court's Local Form. A corrected document is required to be filed, in its entirety, within 7 days of this order. If the corrected document(s) are not timely filed, the court may enter an order dismissing the case without a hearing (related documents Declaration under Penalty of Perjury without an Attorney). So Ordered by /s/ Judge Daniel S. Opperman.(RE: related document(s)20 Declaration under Penalty of Perjury without an Attorney filed by Debtor In Possession David Lewi-Emmanuel Stockman) Corrected Pleading Due on 7/14/2026.(MSK)<br><br>***This Notice of Electronic Filing is the Official ORDER for this entry. No ORDER is attached.***<br><br>(Entered: 07/07/2026) |

| | | |
|---|---|---|
| 07/07/2026 | [23](#)<br>(1 pg) | BNC Certificate of Mailing. A copy of this Related Document will be mailed by the BNC to David Stockman, 5805 McCarty Rd., Saginaw, MI 48603 (RE: related document(s) 22 Order Striking Document - Initial Documents (7 Days) - text) (MSK) (Entered: 07/07/2026) |
| 07/07/2026 | [24](#)<br>(1 pg) | Order Establishing Deadline to File Acceptable List of Creditors (Related Doc # [13](#)). (Hu, Laura) (Entered: 07/07/2026) |
| 07/08/2026 | [25](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor GOF Finance-C, LLC. (Blasses, Brandi) (Entered: 07/08/2026) |
| 07/08/2026 | [26](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor GOF Finance-C, LLC. (Grekin, Joseph) (Entered: 07/08/2026) |
| 07/08/2026 | [27](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor GOF Finance-C, LLC. (Borin, Howard) (Entered: 07/08/2026) |
| 07/08/2026 | [28](#)<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)[11](#) Meeting of Creditors Chapter 11) No. of Notices: 3. Notice Date 07/08/2026. (Admin.) (Entered: 07/09/2026) |
| 07/09/2026 | | Certificate of Mailing: A Copy of this Related Document was Mailed on 07/09/2026 by the United States Postal Service to David Lewi-Emmanuel Stockman, 5805 McCarty Rd,Saginaw, MI 48603. (RE: related document(s)[12](#) Order for Initial Chapter 11 Scheduling/Status Conference SubChapter V, [24](#) Order on Motion to Extend Deadline to File Schedules) (seh) (Entered: 07/09/2026) |
| 07/09/2026 | [29](#)<br>(8 pgs) | Motion to Convert Case from Chapter 11 to Chapter 7 . Receipt Number EXEMPT, Fee Amount $15.00 Filed by U.S. Trustee Andrew R. Vara (Callard (UST), Kelley) THIS PLEADING HAS BEEN WITHDRAWN PER PLEADING NUMBER 33 DATED 07/10/2026. MATTERS SET FOR HEARING SHOULD COMPLY WITH L.B.R. 9014-1(j). MODIFIED ON 07/13/2026 (admin). (Entered: 07/09/2026) |
| 07/09/2026 | [30](#)<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s)[18](#) Order on Application for Individuals to Pay Filing Fee In Installments) No. of Notices: 1. Notice Date 07/09/2026. (Admin.) (Entered: 07/10/2026) |
| 07/09/2026 | [31](#)<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s)[24](#) Order on Motion to Extend Deadline to File Schedules) No. of Notices: 1. Notice Date 07/09/2026. (Admin.) (Entered: 07/10/2026) |
| 07/09/2026 | [32](#)<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s)[23](#) BNC Certificate of Mailing) No. of Notices: 1. Notice Date 07/09/2026. (Admin.) (Entered: 07/10/2026) |
| 07/10/2026 | [33](#)<br>(1 pg) | Notice of Withdrawal Filed by U.S. Trustee Andrew R. Vara (RE: related document(s)[29](#) Motion to Convert Case from Chapter 11 to Chapter 7 . Receipt Number EXEMPT, Fee Amount $15.00). (Callard (UST), Kelley) (Entered: 07/10/2026) |
| 07/10/2026 | [34](#)<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by Creditor Wildfire Credit Union. (Wenzloff, Karl) (Entered: 07/10/2026) |

| | | |
|---|---|---|
| 07/10/2026 | 35 (17 pgs) | Motion to Modify Automatic Stay *with Proposed Order; Certificate of Service, Notice of Motion and two Exhibits* Fee Amount $199, Filed by Creditor Wildfire Credit Union (Wenzloff, Karl) (Entered: 07/10/2026) |
| 07/12/2026 | | Receipt of Motion to Modify Automatic Stay( 26-20982-dob) [motion,mmasty] ( 199.00) filing fee. Receipt number A46049067, amount . (U.S. Treasury) (Entered: 07/12/2026) |
| 07/14/2026 | 36 (1 pg) | Declaration under Penalty of Perjury for Debtors without an Attorney Filed by Debtor In Possession David Lewi-Emmanuel Stockman . (Al-H., S.) (Entered: 07/14/2026) |
| 07/14/2026 | 37 | Pro Se Filing Information Form has been submitted by PEDUP . (Al-H., S.) (Entered: 07/14/2026) |
| 07/16/2026 | 38 (2 pgs) | Order to Show Cause Why Case Should Not be Dismissed for Failure to File Schedules. Show Cause hearing to be held on 7/23/2026 at 01:30 PM at Courtroom, Bay City, 111 First St.. (Al-H., S.) (Entered: 07/16/2026) |
| 07/17/2026 | 39 (10 pgs) | Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2021 Chevrolet Silverado . Fee Amount $199, Filed by Creditor GM Financial (Kumpula, Kelly) (Entered: 07/17/2026) |
| 07/17/2026 | 40 (1 pg) | Statement of Corporate Ownership Filed by Creditor GM Financial (RE: related document(s)39 Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2021 Chevrolet Silverado . Fee Amount $199,). (Kumpula, Kelly) (Entered: 07/17/2026) |
| 07/17/2026 | | Receipt of Motion for Relief from Stay and Waiving FRBP 4001 (a)(3)( 26-20982-dob) [motion,mrlfsty4] ( 199.00) filing fee. Receipt number A46080635, amount . (U.S. Treasury) (Entered: 07/17/2026) |
| 07/18/2026 | 41 (4 pgs) | BNC Certificate of Mailing. (RE: related document(s)38 Order to Show Cause for Dismissal of Case) No. of Notices: 1. Notice Date 07/18/2026. (Admin.) (Entered: 07/19/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/20/2026 13:42:54 | | |
| **PACER Login:** danekbrad | **Client Code:** 150028-0001bd | |
| **Description:** Docket Report | **Search Criteria:** 26-20982-dob Fil or Ent: filed From: 3/20/2026 To: 7/20/2026 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included | |
| **Billable Pages:** 4 | **Cost:** 0.40 | |